OPINION — AG — QUESTION: "IS THERE ANY AUTHORITY OF LAW FOR ANY AGENCY, BOARD, DEPARTMENT OR COMMISSION HAVING AN ANNUAL EXPENDITURE OF $500.00 FOR POSTAGE, TO PURCHASE POSTAGE, IN THE ABSENCE OF ANY SPECIAL STATUTE AUTHORIZING SUCH PURCHASE?" — NEGATIVE (HOUSE BILL NO. 823) CITE: 74 O.S. 1963 Supp., 90.1 [74-90.1], 74 O.S. 1963 Supp., 90.2 [74-90.2], 74 O.S. 1963 Supp., 90.3 [74-90.3], 74 O.S. 1963 Supp., 90.4 [74-90.4] [74-90.4], 74 O.S. 1971 90.1 [74-90.1], 74 O.S. 1971 90.2 [74-90.2], 74 O.S. 1971 90.3 [74-90.3] [74-90.3], 74 O.S. 1971 90.4 [74-90.4] (FRED HANSEN)